# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

IN RE
Massey, Randall                                           13-11696

### Objection to Notice of Mortgage Payment Change
### Labeled "Doc" on docket sheet
### SN Servicing Corp
### Notice and Opportunity for Hearing

Comes now the debtor and objects to the Notice of Mortgage payment change labeled "doc" on the docket sheet and would show the court as follows:

1. The creditor filed a proof of claim showing the total payment to be $1,377.66.
2. The document further shows the current escrow payment to be $942.82.
3. The document reflects escrow payments to be made by creditor in the sum of $6,700.39 or $558.37 per month.
4. The monthly escrow should be $558.37 making a total monthly payment including principal and interest to be $993.21.

Wherefore, debtor objects to the claim as set forth above and moves this Court to sustain this objection to the notice of Mortgage Payment Change, and that the payment be changed to $993.21 per month

<u>s/ Chuck Moss</u>
500 N Meridian #300
Okla City, Ok  73107
405-949-5544
Fax 405-949-5572
chuck@mossbankruptcy.com
Attorney for Debtor

**NOTICE OF OPPORTUNITY FOR HEARING**

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THE ATTACHED DOCUMENT CAREFULLY AND CONSULT YOUR ATTORNEY ABOUT YOUR RIGHTS AND THE EFFECT OF THIS DOCUMENT.  IF YOU DO NOT WANT THE COURT TO GRANT THE RELIEF REQUESTED, OR YOU WISH TO HAVE YOUR VIEWS CONSIDERED, YOU MUST FILE A WRITTEN RESPONSE OR OBJECTION TO THE REQUESTED RELIEF WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA, 215 DEAN A MCGEE AVENUE, OKLAHOMA CITY, OK  73102 NO LATER THAN 21 DAYS FROM THE DATE OF FILING OF THIS REQUEST FOR RELIEF.  YOU SHOULD ALSO SERVE A FILE-STAMPED COPY OF YUR RESPONSE OR OBJECTION TO THE UNDERSIGNED MOVANT'S ATTORNEY AND OTHERS WHO ARE REQUIRED TO BE SERVED AND FILE A CERTIFICATE OF SERVICE WITH THE COURT.  IF NO RESPONSE OR OBJECTION IS TIMELY FILED, THE COURT MAY GRANT THE REQUESTED RELIEF WITHOUT A HEARING OR FURTHER NOTICE.  THE 21 DAY PERIOD INCLUDES THE THREE (3) DAYS ALLOWED FOR MAILING PROVIDED FOR IN BANKRUPTCY RULE 9006(f).**

**Certificate of Service**

   This is to certify that on the  7th day of April, 2016, a true and correct copy of the Notice of Mortgage Payment Change forwarded via US Mail, first class, postage prepaid to:

Megan Lynch
SN Servicing Corp
323 Fifth St
Eureka CA  95501

                              s/Chuck Moss
                              Chuck Moss, Attorney
                              500 N Meridian, #300
                              Okla City, Ok  73107
                              405-949-5544
                              Fax 405-949-5572
                              chuck@mossbankruptcy.com
                              Attorney for debtor

NOTICE OF HEARING

IN THE EVENT THAT A RESPONSE TO THE ABOVE OBJECTION IS FILED, NOTICE IS GIVEN THAT THE MATTER IS SET FOR HEARING BEFORE JUDGE LOYD ON May 24, 2016 AT 8:30 AM IN THE COURTROOM ON THE 6th FLOOR, 215 DEAN A MCGEE AVE, OKLAHOMA CITY, OKLAHOMA